**Michael SMITH, Plaintiff—Appellant,**

v.

**WASHINGTON SUBURBAN SANITARY COMMISSION, Defendant—Appellee.**

No. 06–2201.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 20, 2007.

Michael Smith, Appellant Pro Se. Claudia Koenig, Washington Suburban Sanitary Commission, Laurel, Maryland, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Smith appeals the district court's order dismissing his civil action alleging employment discrimination and related claims. We have reviewed the record and find no reversible error. Accordingly, we deny Appellee's motion to strike Smith's informal brief and affirm for the reasons stated by the district court. *Smith v. Washington Suburban Sanitary Comm'n,* No. 1:04–cv–02288–RDB (D.Md. Oct. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*